IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISHA N. BRAITHWAITE, | No. CIV S-09-2922-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the court's scheduling order, plaintiff is required to prosecute this action by either seeking voluntary remand or filing a dispositive motion within 45 days from the date of service of the administrative record by defendant. Pending before the court is the parties' stipulated motion for an extension of time (Doc. 17) for plaintiff to file a dispositive motion.

Plaintiff previously obtained a stipulation extending the time for filing her dispositive motion from April 26, 2010, to July 27, 2010. Plaintiff is now requesting over 60 additional days in which to file her dispositive motion. This stipulated request will be granted. However, counsel is cautioned that further extensions of time are disfavored. By granting the

1 | current extension, counsel will have had over six months to prepare her dispositive motion,
2 | which even with counsel's impacted briefing schedule should be sufficient.
3 |       Good cause appearing therefor, the request is granted.  Additional requests for
4 | extending the deadline further are discouraged.  Plaintiff shall file a dispositive motion by
5 | September 29, 2010.  Plaintiff is warned that failure to file a dispositive motion within the time
6 | provided may result in dismissal of this action for lack of prosecution and failure to comply with
7 | court orders and rules.  <u>See</u> Local Rule 110.
8 |       IT IS SO ORDERED.

10 | DATED: July 29, 2010

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE