BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISHA NATHANIEL BRAITHWAITE ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> Defendant. ) <br> ) | Case No. CIV-09-2922 CMK <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended September 29, 2010, to October 15, 2010.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: September 29, 2010            /s/Bess M. Brewer
                                     BESS M. BREWER
                                     Attorney at Law

                                     Attorney for Plaintiff


Dated: September 30, 2010            Benjamin B. Wagner

                                     United States Attorney

                                     /s/ Armand Roth
                                     ARMAND ROTH
                                     Special Assistant U.S. Attorney

                                     Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


 DATED:  October 4, 2010

                                     _____
                                     **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE

2